# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0805 23 | 9762151 | Baker | 3786 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/29/2025
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 327-20

**Place of Offense:** Below Dam Buckeye Shelter

**Offense Description; Factual Basis for Charge:** Parking on grass near shelter

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Weaver
**First Name:** Joseph

[Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 35 Forfeiture Amount
+ $30 Processing Fee
$ 65 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9762151*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 29, 2025 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Mr. Weaver had driven his vehicle past many baracades to park on grass next to picnic shelter. The reason given was to unload supplies for party; however, many verbal warnings had already been given to members of the party to not park on grass and to not park blocking traffic - even to unload supplies.

Mr. Weaver presented ID when requested and removed vehicle after citation issued.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/29/2025
Officer's Signature: [signed]

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2025 8:19
CVB SCAN 07/16/2025 8:19